547 F.2d 943
 GAMBRELL TRANS-MOBILE, INC., and Adams Mobile Home
Transport, Inc., Plaintiffs-Appellants,
v.
GEORGIA PUBLIC SERVICE COMMISSION et al., Defendants-Appellees.
 No. 76-1963
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Feb. 28, 1977.
 Bates Block, Atlanta, Ga., for plaintiffs-appellants.
 R. Douglas Lackey, Lois F. Oakley, Asst. Attys. Gen., Arthur K. Bolton, Atty. Gen., Robert S. Stubbs, II, Chief Deputy Atty. Gen., Atlanta, Ga., for defendants-appellees.
 Before GODBOLD, HILL and FAY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the basis of our opinion in Wells Fargo Armored Service, Corp. v. Georgia Public Service Commission, 547 F.2d 938, 1977, No. 76-1866, decided today.
 
 AFFIRMED
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casaulty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I